# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DONALD A. BUSTOS,**

    Plaintiff,

v.                                                        **No. 15-cv-0702 RB/SMV**

**FEDERAL EXPRESS CORP.,**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    April 29, 2016, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **April 29, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.