## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DONALD A. BUSTOS,**

    **Plaintiff,**

**v.**                                      **No. 15-cv-0702 RB/SMV**

**FEDERAL EXPRESS CORP.,**

    **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties have reached a settlement in this matter. *See* Notice of Settlement [Doc. 44].

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **July 29, 2016,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**